UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JAMAU BURBRIDGE,<br>        Plaintiff, | )<br>)<br>) |
| v. | )   CAUSE NO.: 2:19-CV-454-JVB-JPK |
| CITY OF EAST CHICAGO, *et al.*,<br>        Defendants. | )<br>)<br>) |

**ORDER**

On September 13, 2023, the Court referred this case to United Magistrate Judge Andrew P. Rodovich to conduct a settlement conference. [DE 65]. On September 14, 2023, Judge Rodovich set a telephonic scheduling conference for September 29, 2023. [DE 66]. Defense counsel appeared at the scheduling conference, but counsel for Plaintiff did not.[1] [DE 67]. Nonetheless, after the scheduling conference Judge Rodovich ordered the parties to submit confidential settlement statements to his chambers email by October 20, 2023. [*See id.*]. On October 23, 2023, Judge Rodovich issued a report and recommendation, in which he recommended that the Court dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 16(f) and 41(b) because Plaintiff did not appear at the settlement conference and had failed to submit a confidential settlement statement. [DE 68]. The parties were given notice that they had fourteen days in which to file objections to the report and recommendation. No party filed objections. On November 20, 2023, the Court ordered Plaintiff to show cause on or before December 20, 2023, why this case should not be dismissed for failure to obey a scheduling or pretrial order and/or failure to prosecute this action prior to ruling on the report and recommendation. The Court advised Plaintiff that

---

[1] The electronic docket reflects that attorney Cierra Norris has represented Plaintiff since January 27, 2023. [*See* DE 57-59]. Notice of every electronic filing since that date has been sent to her registered email address.

failure to show cause by December 20, 2023, would lead to dismissal of this action with prejudice. As of the date of this Order, Plaintiff has not responded to the show cause order.

Having reviewed the report and recommendation, the Court finds no clear error. Therefore, noting the lack of objection, as well as Plaintiff's failure to respond to the show cause order, Judge Rodovich's Report and Recommendation [DE 68] is **ADOPTED** in its entirety and incorporated into this Order, and this case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 16(f) and 41(b).

SO ORDERED on January 3, 2024.

s/ Joseph S. Van Bokkelen  
JOSEPH S. VAN BOKKELEN, JUDGE  
UNITED STATES DISTRICT COURT
